HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN MANUEL GARCIA-LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00004-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDING TIME** |
| vs. | ) |
| JUAN MANUEL GARCIA-LAZARO, | ) Date: March 7, 2019 |
| Defendant. | ) Time: 09:30 a.m. <br> ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Juan Manuel Garcia-Lazaro, that the change of plea hearing currently scheduled for March 07, 2019 be continued to March 28, 2019 at 9:30 a.m.

The defense has become aware of a pressing health issue with Mr. Garcia-Lazaro, and requests that this matter be continued for that reason. Mr. Garcia-Lazaro's current health status renders him unavailable for the March 7 hearing as he would be unable to attend and participate in the hearing despite due diligence. The government does not object to the continuance.

Based on the foregoing, the parties further agree and request to exclude time between March 07, 2019, and March 28, 2019, under the Speedy Trial Act pursuant to Title 18, United

Stipulation and Order to
Continue Change of Plea

-1-

States Code, Sections 3161(h)(3)(A)&(B) (Local Code M) based on the unavailability of the defendant. In addition, in light of the defendant's health status, defense counsel will require additional time to evaluate the case with the defendant, to strategize for how to proceed, and to otherwise prepare for trial. The parties therefore also agree and request to exclude time between March 7, 2019 and March 28, 2019 under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161 (h)(7)(A) and (B)(iv) (Local Code T4) for reasonable time for defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 7, 2019

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JUAN MANUEL GARCIA-LAZARO

Date: March 7, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Shea Kenny*
SHEA KENNY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The change of plea hearing in this matter scheduled for March 07, 2019, is vacated. A new change of plea hearing is scheduled for March 28, 2019 at 09:30 a.m.

The Court further orders, based on the representations of the parties and Defendant's request, that time shall be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(3)(A)&(B) (Local Code M) for the period from March 07, 2019, up to and including March 28, 2019, based on the defendant's unavailability despite due diligence.

The Court further finds that failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court further orders the time for the period from March 07, 2019, up to and including March 28, 2019, shall also be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: March 7, 2019

Troy L. Nunley
United States District Judge