HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN MANUEL GARCIA-LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00004-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDING TIME** |
| vs. | |
| JUAN MANUEL GARCIA-LAZARO, | Date: March 28, 2019 |
| Defendant. | Time: 09:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Juan Manuel Garcia-Lazaro, that the change of plea hearing currently scheduled for March 28, 2019 be vacated and a status conference be set for April 11, 2019 at 9:30 a.m.

By previous order, this case was set for a change of plea on March 28, 2019. The defense requires additional time to evaluate the case with the defendant in light of the defendant's ongoing health concerns, to strategize for how to proceed with the case and potential resolutions, to continue to review discovery, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary

Stipulation and Order to Continue Hearing

-1-

1 | for effective preparation, taking into account the exercise of due diligence.  The government does
2 | not object to the continuance.

Based on the foregoing, the parties further agree and request to exclude time between March 28, 2019, and April 11, 2019, under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161 (h)(7)(A) and (B)(iv) (Local Code T4) for reasonable time for defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 27, 2019          */s/ Christina Sinha*
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JUAN MANUEL GARCIA-LAZARO


Date: March 27, 2019          MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Shea Kenny*
                              SHEA KENNY
                              Assistant United States Attorney
                              Attorney for Plaintiff

Stipulation and Order to
Continue Hearing                -2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The change of plea hearing in this matter scheduled for March 28, 2019, is vacated. A status hearing is scheduled for April 11, 2019 at 09:30 a.m.

The Court further finds that failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court therefore orders the time for the period from March 28, 2019, up to and including April 11, 2019, shall be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: March 27, 2019

Troy L. Nunley
United States District Judge